

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      In re David Patrick Daniel

Appellate case number:   01-16-00953-CV

Trial court:                     308th District Court of Harris County

Date motion filed:          April 21, 2016

Party filing motion:        Relator

　　　It is ordered that relator's motion for rehearing is **denied**.


Judge's signature: /s/ Russell Lloyd
　　　　　　　　　　Acting for the Court

Panel consists of Chief Justice Radack and Justices Brown and Lloyd


Date:  July 18, 2017